UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re:<br><br>ELIZABETH P. CONRAD<br>          DEBTORS | Chapter 13<br><br>Case No.16-50740 |

**DECLARATION IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Erika Anthony declare under penalty of perjury as follows:

1. I am a/an Vice President Loan Documentation of Wells Fargo Bank, N.A. (**"WELLS FARGO"**) and am authorized to sign this declaration on behalf of WELLS FARGO as servicing agent for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX8. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed herewith.

2. As part of my job responsibilities for **WELLS FARGO**, I have personal knowledge of and am familiar with the types of records maintained by **WELLS FARGO** in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of **WELLS FARGO** that pertain to the Loan and extensions of credit given to Debtor concerning the property securing such Loan.

3. The information in this declaration is taken from **WELLS FARGO's** business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business

record, or from information transmitted by persons with personal knowledge; (b) in the course of **WELLS FARGO's** regularly conducted business activities; and (c) it is the regular practice of **WELLS FARGO** to make such records.

4. The Debtor, Elizabeth P. Conrad, has executed and/or delivered and is otherwise obligated with respect to that certain Promissory Note referenced in the Motion (the "Note"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage") all obligations of the Debtor, Elizabeth P. Conrad, under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of August 9, 2016 there are one or more defaults in paying amounts due with respect to the Note.

6. As of August 9, 2016, the unpaid principal balance of the Note is $457,820.63. The amount of Movant's debt is approximately $869,949.17.

7. The following chart sets forth those contractual payments due pursuant to the terms of the Note that have been missed by the Debtor as of August 9, 2016.

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 5 | 4/1/08 | 8/1/08 | 3,442.40 | | 3,442.40 | 17,212.00 |
| 6 | 9/1/08 | 2/1/09 | 3,633.78 | | 3,633.78 | 21,802.68 |
| 4 | 3/1/09 | 6/1/09 | 3,443.22 | | 3,443.22 | 13,772.88 |
| 67 | 7/1/09 | 1/1/15 | 3,443.22 | 433.62 | 3,876.84 | 259,748.28 |
| 12 | 2/1/15 | 1/1/16 | 3,443.22 | 554.73 | 3,997.95 | 47,975.40 |
| 5 | 2/1/16 | 6/1/16 | 3,443.22 | 579.82 | 4,023.04 | 20,115.20 |
| 2 | 7/1/16 | 8/1/16 | 3,443.22 | 586.57 | 4,029.79 | 8,059.58 |
| | | | | | | |
| Less post-petition partial payments (suspense balance): | | | | | | |

**Total: $388,686.02**

8.   As of August 9, 2016, the unpaid amount of prepetition arrearage/delinquency is approximately $417,181.20.

9.   The next payment under the terms of the Note will come due on September 1, 2016 and is in the amount of $4,029.79.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August, 2016.

*[signature]*
Erika Anthony
Vice President Loan Documentation
Well Fargo Bank, N.A.